UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NATHANIEL BALL,

                        Plaintiff,

-v-

ERIE COUNTY SHERIFF TIMOTHY B. HOWARD, COUNTY OF ERIE, JOHN DOES, Medical Personnel of Erie County Holding Center, and JOHN DOES, as Deputies of Erie County Holding Center,

                        Defendants.

**STIPULATION OF DISCONTINUANCE AND VOLUNTARY DISMISSAL**

Case #: 1:20-cv-00369-LJV-JJM

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, none of whom is a minor or an incompetent, that the above entitled action, having been fully and finally settled and compromised, be and the same hereby is discontinued and voluntarily dismissed, with prejudice, as provided for by Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, none of whom is a minor or an incompetent, that this Stipulation, once fully executed, may be filed with the Clerk of the Court without further notice.

**Dated:** Buffalo, New York
March 14, 2022

By: s/Brittany Lee Penberthy, Esq.
BRITTANY LEE PENBERTHY, ESQ.
**PENBERTHY LAW GROUP, LLP**
Attorneys for Plaintiff, Nathaniel Ball

Office & P. O. Address:
227 Niagara Street
Buffalo, New York 14201
Tel: (716)803-8400
Email: bpenberthy@thepenlawgroup.com

By: s/Kenneth R. Kirby, Esq.
Ass't. Erie Co. Att'y.,KENNETH R. KIRBY, Esq.
**MICHAEL A. SIRAGUSA, ESQ.**
Erie County Attorney, Attorney for Defendants

Office & P. O. Address:
Erie County Department of Law
95 Franklin Street, Room 1634
Tel: (716)858-2226
Email: Kenneth.kirby@erie.gov